IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESOP CAPITAL GROUP LLC**<br>1025 Connecticut Ave., NW<br>Washington, DC 20036<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**AG-PILOTS, INC.**<br>676 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>and<br><br>**JIMMY L. THRASH**<br>707 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05 CV 01832 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TONYA M. GRAY

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, the undersigned counsel respectfully requests that this Court enter an order admitting Tonya M. Gray, Esq. to practice before this Court *pro hac vice*, and in support of this Motion states as follows:

1.　The undersigned counsel, Thomas R. Kline, is a practicing attorney with the law firm of Andrews Kurth LLP and is duly admitted to and in good standing with the Bars of this Court and of the District of Columbia (DC Bar No. 237446).

2.　Tonya M. Gray is also with the law firm of Andrews Kurth LLP. As evidenced by the Declaration of Tonya M. Gray attached hereto, she is duly admitted to and in good standing with the Bar of the State of Texas and is admitted to practice before the Supreme Court

of Texas, the highest court in Texas. She is also admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas.

3. There are, to Ms. Gray's knowledge, no disciplinary proceedings pending against her in any jurisdiction.

4. Andrews Kurth LLP has been retained to represent the Defendants in the above-captioned proceeding and Ms. Gray will be participating in such representation.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant Tonya M. Gray leave to appear *pro hac vice* in this proceeding.

Dated: September 16, 2005

                                              Respectfully submitted,

                                              _____
                                              Thomas Kline (D.C. Bar # 237446)
                                              ANDREWS KURTH LLP
                                              1701 Pennsylvania Avenue, N.W., Suite 300
                                              Washington, D.C. 20006
                                              Telephone: (202) 662-2700
                                              Facsimile: (202) 662-2739

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on the following by certified mail, return receipt requested, on this the 16th day of September, 2005:

    Robert L. Wilkins, Esquire
    Vicki Margolis, Esquire
    Karen S. Miller, Esquire
    VENABLE LLP
    575 7th Street, NW
    Washington, D.C. 20004

Counsel for Plaintiff

_____
Thomas Kline