IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESOP CAPITAL GROUP LLC<br>1025 Connecticut Ave., NW<br>Washington, DC 20036<br><br>   Plaintiff,<br><br>v.<br><br>AG-PILOTS, INC.<br>676 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>and<br><br>JIMMY L. THRASH<br>707 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>   Defendants. | Civil Action No. 1:05 CV 01832 |

## DECLARATION OF TONYA M. GRAY

Pursuant to Local Rule 83.2(d), I, Tonya M. Gray, declare as follows under penalty of perjury:

1 My full name is Tonya Michelle Gray.

2. I am an attorney with Andrews Kurth LLP. My office is located at 1717 Main Street, Suite 3700, Dallas, Texas 75201. My phone number is (214) 659-4545.

3. I am admitted to the following Bars: all state courts, including the Supreme Court, of Texas; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals for the Federal Circuit; the United States District Court for the Northern District of Texas; the United States District Court for the Eastern District of Texas; the United States

District Court for the Southern District of Texas; and the United States District Court for the Western District of Texas.

4. I certify that I have never been disciplined by any Bar.

5. I have never been admitted *pro hac vice* in this Court.

6. My practice is located in Dallas, Texas, so I do not have an application for membership in the District of Columbia bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/16/05

_____
Tonya M. Gray

DECLARATION OF TONYA M. GRAY- PAGE 2
DAL:577846.1