## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESOP CAPITAL GROUP LLC**<br>1025 Connecticut Ave., NW<br>Washington, DC 20036<br><br>          Plaintiff,<br><br>     v.<br><br>**AG-PILOTS, INC.**<br>676 HWY 481<br>Pelahatchie, Mississippi  39145<br><br>          and<br><br>**JIMMY L. THRASH**<br>707 HWY 481<br>Pelahatchie, Mississippi  39145<br><br>          Defendants. | )<br>)<br>)<br>)<br>)       Civil Action No. 1:05 CV 01832<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER FOR ADMISSION *PRO HAC VICE* OF TONYA M. GRAY

This matter having been presented to the Court by Motion for Tonya M. Gray to appear *pro hac vice* and participate in this Court in the above-captioned case as counsel for said Defendants, and the Declaration of Ms. Gray having been submitted in support of the Motion.

IT IS ORDERED, on this _____ day of _____, 2005 that Tonya M. Gray is admitted *pro hac vice* to practice before this Court in this case as counsel for Defendants.

          _____
          UNITED STATES DISTRICT JUDGE

DAL:577853.1