IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESOP CAPITAL GROUP LLC<br>1025 Connecticut Ave., NW<br>Washington, DC 20036<br><br>                Plaintiff,<br><br>v.<br><br>AG-PILOTS, INC.<br>676 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>                and<br><br>JIMMY L. THRASH<br>707 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>                Defendants. | Civil Action No. 1:05 CV 01832 |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

Subject to and without waiver of any defenses or objections under Rule 12 of the FEDERAL RULES OF CIVIL PROCEDURE, Defendants AG-Pilots, Inc. and Jimmy L. Thrash (jointly, "Defendants") respectfully move the Court to enter an order extending by three days their time to answer, move, or otherwise plead in response to Plaintiff's Complaint. Plaintiff ESOP Capital Group LLC agrees to the relief requested in this motion.

Defendants were served with Plaintiff's Complaint on or about August 16, 2005, and timely removed the lawsuit to this Court on September 15, 2005. Pursuant to Rule 81 of the FEDERAL RULES OF CIVIL PROCEDURE, Defendants' deadline to answer or otherwise respond to

Plaintiff's Complaint is currently September 20, 2005. By agreement of the parties, Defendants seek a short extension of time to answer, move, or otherwise respond, until September 23, 2005. This extension will not result in prejudice because this case was recently filed and removed, a case schedule has not yet been entered, and the time extension requested is only for three days.

Accordingly, Defendants, with Plaintiff's agreement, request that the date for them to answer, move, or otherwise plead in response to Plaintiff's Complaint be extended through and including Friday, September 23, 2005.

Respectfully submitted,

_/s/ Thomas Kline w/ permission_
Thomas Kline
D.C. Bar # 2376446
Andrews Kurth LLP
1701 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Tonya M. Gray
Texas Bar #24012726 (appearing *pro hac vice*)
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

Counsel for Defendants

Dated: September16, 2005

2

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiff by telephone and email on September 15, 2005, and counsel for Plaintiff agrees to the relief requested herein.

*/s/ Thomas Kline* (w/ permission)
Thomas Kline

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Motion for Extension of Time to Answer or Otherwise Respond was served on the following by certified mail, return receipt requested, on this the 16th day of September, 2005:

> Robert L. Wilkins, Esquire
> Vicki Margolis, Esquire
> Karen S. Miller, Esquire
> VENABLE LLP
> 575 7th Street, NW
> Washington, D.C. 20004
>
> Counsel for Plaintiff

*/s/ Thomas Kline* (w/ permission)
Thomas Kline

3