IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESOP CAPITAL GROUP LLC**  )<br>1025 Connecticut Ave., NW  )<br>Washington, DC  20036  )<br>                                )<br>            Plaintiff,  )<br>                                )<br>    v.  )<br>                                )<br>**AG-PILOTS, INC.**  )<br>676 HWY 481  )<br>Pelahatchie, Mississippi  39145  )<br>                                )<br>            and  )<br>                                )<br>**JIMMY L. THRASH**  )<br>707 HWY 481  )<br>Pelahatchie, Mississippi  39145  )<br>                                )<br>            Defendants.  )<br>                                ) | Civil Action No. 1:05 CV 01832 |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

ON THIS DATE CAME ON FOR CONSIDERATION Defendants' Consent Motion for Extension of Time to Answer, Move, or Otherwise Respond. The Court, having considered the motion, finds that it should be granted.

It is therefore ORDERED that the Defendants' Consent Motion for Extension of Time to Answer, Move, or Otherwise Respond is GRANTED. It is further ORDERED that Defendants AG-Pilots, Inc. and Jimmy L. Thrash's time to answer, move, or otherwise plead in response to Plaintiff's Complaint is extended through and including Friday, September 23, 2005.

Signed this the _____ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE