**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESOP CAPITAL GROUP, LLC**   ) | |
| ) | |
| **Plaintiff,**   ) | Case No. 1:05 CV 01832 (RMU) |
| ) | |
| v.   ) | |
| ) | |
| **AG PILOTS, INC.**   ) | |
| ) | |
| **and**   ) | |
| ) | |
| **JIMMY L. THRASH**   ) | |
| ) | |
| **Defendants.**   ) | |
| _____) | |

## NOTICE OF ENTRY OF APPEARANCE

**To The Clerk Of This Court And All Parties Of Record**:

    Please enter the appearance of the following as counsel for ESOP Capital Group, LLC,

Plaintiff in the above-captioned matter:

    Vicki Margolis
    (Bar No. 431031)
    Venable LLP
    575 7th Street, N.W.
    Washington, D.C.  20004
    Telephone:  (202) 344-4892
    Facsimile:  (202) 344-8300
    E-mail:  vmargolis@venable.com

I certify that the above-named counsel is admitted to practice in this Court.

Dated: September 21, 2005               Respectfully submitted,


                                        _____/s/_____
                                        Vicki Margolis
                                        (Bar No. 431031)
                                        Venable LLP
                                        575 7th Street, N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 344-4892
                                        Facsimile: (202) 344-8300
                                        E-mail: vmargolis@venable.com

DC2/682573

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September 2005, a copy of the foregoing Notice of Entry of Appearance, was served via first-class mail, postage prepaid, on the following counsel:

Thomas Kline
D.C. Bar # 2376446
Andrews Kurth LLP
1701 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Tonya M. Gray
Texas Bar #24012726 (appearing *pro hac vice*)
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

Counsel for Defendants

_____/s/_____
Karen S. Miller