UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESOP CAPITAL GROUP, LLC**          ) | |
| ) | |
| **Plaintiff,**          ) | Case No. 1:05 CV 01832 (RMU) |
| ) | |
| v.          ) | |
| ) | |
| **AG PILOTS, INC.**          ) | |
| ) | |
| **and**          ) | |
| ) | |
| **JIMMY L. THRASH**          ) | |
| ) | |
| **Defendants.**          ) | |
| _____) | |

## NOTICE OF ENTRY OF APPEARANCE

**To The Clerk Of This Court And All Parties Of Record**:

    Please enter the appearance of the following as counsel for Venable LLP, Plaintiff in the above-captioned matter:

>Robert L. Wilkins
>(Bar No. 429065)
>Venable LLP
>575 7th Street, N.W.
>Washington, D.C.  20004
>Telephone:  (202) 344-4058
>Facsimile:  (202) 344-8300
>E-mail:  rlwilkins@venable.com

I certify that the above-named counsel is admitted to practice in this court.

Dated: September 21, 2005                    Respectfully submitted,


_____/s/_____
Robert L. Wilkins
(Bar No. 429065)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4058
Facsimile: (202) 344-8300
E-mail: rlwilkins@venable.com

DC2/682579

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September 2005, a copy of the foregoing Notice of Entry of Appearance, was served via first-class mail, postage prepaid, on the following counsel:

>Thomas Kline
>D.C. Bar # 2376446
>Andrews Kurth LLP
>1701 Pennsylvania Avenue, N.W., Suite 300
>Washington, D.C. 20006
>Telephone: (202) 662-2700
>Facsimile: (202) 662-2739
>
>Tonya M. Gray
>Texas Bar #24012726 (appearing *pro hac vice*)
>Andrews Kurth LLP
>1717 Main Street, Suite 3700
>Dallas, Texas 75201
>Telephone: (214) 659-4400
>Facsimile: (214) 659-4401
>
>Counsel for Defendants

_____/s/_____
Karen S. Miller