IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESOP CAPITAL GROUP LLC<br>1025 Connecticut Ave., NW<br>Washington, DC 20036<br><br>           Plaintiff,<br><br>v.<br><br>AG-PILOTS, INC.<br>676 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>           and<br><br>JIMMY L. THRASH<br>707 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>           Defendants. | Civil Action No. 1:05 CV 01832 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(2) and (6) of the FEDERAL RULES OF CIVIL PROCEDURE, Defendants AG-Pilots, Inc. ("AG-Pilots") and Jimmy L. Thrash ("Thrash") (jointly, "Defendants") respectfully move the Court to dismiss the above-captioned lawsuit. Defendants are both domiciled in Mississippi and lack the requisite minimum contacts with the District of Columbia to support the exercise of jurisdiction by this Court. Further, and alternatively, Plaintiff's claims should be dismissed for failure to state a claim upon which relief can be granted.[1]

---

[1] Pursuant to FED. R. CIV. P. 12(a), Defendants reserve the right to file a full responsive pleading to Plaintiff's Complaint after disposition by the Court of this Motion, if needed.

1

Respectfully submitted,

/s/ Thomas R. Kline

Thomas Kline
D.C. Bar # 237446
Andrews Kurth LLP
1701 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Tonya M. Gray
Texas Bar #24012726 (*pro hac vice* pending)
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

Counsel for Defendants