IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESOP CAPITAL GROUP LLC<br>1025 Connecticut Ave., NW<br>Washington, DC 20036<br><br>    Plaintiff,<br><br>v.<br><br>AG-PILOTS, INC.<br>676 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>and<br><br>JIMMY L. THRASH<br>707 HWY 481<br>Pelahatchie, Mississippi 39145<br><br>    Defendants. | Civil Action No. 1:05 CV 01832 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

CAME ON THIS DAY to be considered Defendant's Motion to Dismiss. After consideration of the relevant pleadings, briefs, and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED. This Court lacks *in personam* jurisdiction in this matter.

IT IS FURTHER ORDERED that the above-entitled and numbered cause is hereby dismissed.

Signed this the _____ day of _____, 2005.

                     _____
                     UNITED STATES DISTRICT JUDGE