UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESOP CAPITAL GROUP, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05 CV 01832 (RMU) |
| ) | |
| **AG PILOTS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff ESOP Capital Group, LLC hereby voluntarily dismisses without prejudice its Complaint against Defendants AG Pilots, Inc. and Jimmy L. Thrash.  The Complaint was filed on August 15, 2005 in the Superior Court of the District of Columbia, and removed to this Court on September 15, 2005.  Neither Defendant has filed an Answer or Motion for Summary Judgment.[1]

Date:  September 30, 2005

Respectfully submitted,

/s/
_____
Robert L. Wilkins (Bar No. 429065)
Vicki Margolis (Bar No. 431031)
Venable LLP
575 7th Street, NW
Washington, DC  20004
Tel.: (202) 344-4000
Fax: (202) 344-8300

Attorneys for ESOP Capital Group, LLC

**SO ORDERED**: _____
Date:

---

[1] Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) on September 23, 2005.